UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21012-JEM

**VICTOR ARIZA**,

 Plaintiff,

vs.

**H & M HENNES & MAURITZ, LP,**
**d/b/a COS, a foreign limited partnership,**

 Defendant.
_____/

## NOTICE OF STRIKING NOTICE OF
## VOLUNTARY DISMISSAL WITH PREJUDICE [D.E.12]

 Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby gives notice that the Notice of Voluntary Dismissal with Prejudice [filed under Document Entry No. 12] should be stricken and Plaintiff will file a corrected Notice of Voluntary Dismissal With Prejudice dismissing the correct Defendant in its stead.

 Respectfully submitted,

            RODERICK V. HANNAH, ESQ., P.A.
            Attorneys for Plaintiff
            4800 North Hiatus Rod
            Sunrise, FL  33351-7919
            Telephone:  (954) 362-3800
            Facsimile:   (954) 362-3779
            Email:  rhannah@rhannahlaw.com

            By    /s/ *Roderick V. Hannah*
             Roderick V. Hannah
             Fla. Bar No. 435384

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of, May, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Erin McGrath, Esq.
WILSON ELSER MOKOWIT EDELMAN & DICKER LLP
100 SE 2nd Street, Suite 2100
Miami, FL 33131-2126
(305) 341-2265

*Counsel for Defendant*
*H & M HENNES & MAURITZ, LP*
*d/b/a COS*

              /s/ *Roderick V. Hannah*
                 Roderick V. Hannah